NELLIE WAGENAAR, ADMINISTRATRIX AD PROSEQUENDUM, ETC., RESPONDENT, v. MAURICE FINKELMAN, APPELLANT.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *Collins & Corbin*.

For the respondent, *Paul Rittenberg*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the *per curiam* opinion of the Supreme Court, *ubi supra*.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BO-
DINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS,
KERNEY, JJ. 11.

*For reversal*—None.